THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM SCANLON, Appellant.

Submitted March 5, 1945; decided March 8, 1945.

*William Scanlon*, in person, for motion to prosecute appeal as a poor person and in opposition to cross motion.

*Charles P. Sullivan, District Attorney (James F. T. Delaney* of counsel), for cross motion and in opposition to appellant's motion.

Motion for leave to prosecute appeal as a poor person upon typewritten records denied.

Motion to dismiss appeal granted and appeal dismissed on the ground that no appeal lies from the order to this court.